UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: Judy Wanda Davis ) | |
| SSN:xxx-xx-1980 ) | |
| 4534 Blackstone Road ) | |
| Kenbridge, VA 23944 ) | |
| ) | Bankruptcy No. 11-35541 |
| Debtors ) | Chapter 7 |

| | |
|---|---|
| **PERITUS PORTFOLIO SERVICES,** ) | |
| *successor in interest to Springleaf Auto Finance* ) | |
| *d/b/a American General Finance* ) | |
| ) | |
| **Movant** ) | |
| ) | |
| v. ) | |
| ) | |
| **JUDY WANDA DAVIS** ) | |
| **BRUCE E. ROBINSON, TRUSTEE** ) | |
| ) | |
| **Respondents** ) | |

MOTION TO EXTEND AUTOMATIC STAY

COMES NOW, JPMorgan Chase Bank, N.A., by counsel and moves this court, pursuant to Fed. R. Bankr. P. 4001 and 11 U.S.C. Sec. 362(e), to extend the Automatic Stay in force until the hearing date set in this case on June 18, 2014.

WHEREFORE, JPMorgan Chase Bank, N.A. prays for an order continuing the automatic stay in force until the hearing set on June 18, 2014, or further Order of the Court.

JPMorgan Chase Bank, N.A.

By:*/s/ Matthew D. Huebschman*
Of Counsel

Matthew D. Huebschman, Esq. VSB.44181
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia 24002-0075
Phone: (540) 344-4490; Fax: (540) 343-0185

## CERTIFICATE OF MAILING

      I hereby certify that a true and correct copy of the foregoing was mailed by first class, postage prepaid on May 15, 2014 to the following:

Robert B. Duke, Jr.
American Law Group, Inc.
207 A South Main Street
Blackstone, VA 23824

Bruce E. Robinson, Trustee
P.O. Box 538
South Hill, VA 23970-0538

Judy W. Davis
4534 Blackstone Road
Kenbridge, VA 23944

                                                             */s/ Matthew D. Huebschman*
                                                             Attorney for Movant