**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | | |
|---|---|---|
| **In re: Judy Wanda Davis** | ) | |
| **SSN:xxx-xx-1980** | ) | |
| **4534 Blackstone Road** | ) | |
| **Kenbridge, VA 23944** | ) | |
| | ) | **Bankruptcy No. 11-35541** |
| **Debtors** | ) | **Chapter 7** |
| | | |
| **PERITUS PORTFOLIO SERVICES,** | ) | |
| *successor in interest to Springleaf Auto Finance* | ) | |
| *d/b/a American General Finance* | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JUDY WANDA DAVIS** | ) | |
| **BRUCE E. ROBINSON, TRUSTEE** | ) | |
| | ) | |
| **Respondents** | ) | |

ORDER EXTENDING AUTOMATIC STAY

THIS MATTER comes before the Court upon Movant's request to extend termination of Automatic Stay pursuant to 11 U.S.C. Sec. 362(d), which is set for June 18, 2014.

UPON CONSIDERATION of Fed. R. Bankr. P. 4001 and 11 U.S.C. Sec. 362(e), IT IS ORDERED that the Automatic Stay is extended pending further Order of the Court.

ENTERED this _____ day of _____, 2014.     May 19 2014

/s/ Kevin R. Huennekens
_____
Judge

I ask for this:

Entered on Docket: May 19, 2014

*/s/ Matthew D. Huebschman*
Matthew D. Huebschman, Esq. VSB.44181
SHENANDOAH LEGAL GROUP, P.C.
Post Office Box 75
Roanoke, Virginia 24002-0075
Phone: (540) 344-4490; Fax: (540) 343-0185

**CERTIFICATE OF SERVICE AND ENDORSEMENT**

I, Matthew D. Huebschman, Esq., certify that

[ ]     Pursuant to L. R. 9022-1(C)(2) the proposed order has been served on all necessary parties by first class mail, postage prepaid this 28$^h$ day of September, 2010.

[x]     Pursuant to L.R. 9022-1(C)(1) the proposed order has been endorsed by all necessary parties.

[ ]     Pursuant to L.R. 9022-1(E), all necessary parties have endorsed and consented to this Order.

　　　　　　　*/s/ Matthew D. Huebschman*
　　　　　　　Matthew D. Huebschman

Copies to:

Matthew D. Huebschman, Esq.
P.O. Box 75
Roanoke, VA 24002

Robert B. Duke, Jr.
American Law Group, Inc.
207 A South Main Street
Blackstone, VA 23824

Bruce E. Robinson, Trustee
P.O. Box 538
South Hill, VA 23970-0538

Judy W. Davis
4534 Blackstone Road
Kenbridge, VA 23944